ALLEN KAUFMAN, Appellant, v. CITY OF NEW YORK et al., Respondents.

Supreme Court, Appellate Term, First Department, April 12, 1962.

*David Bromberg* for appellant. *Leo A. Larkin, Corporation Counsel* (*Seymour B. Quel* of counsel), for City of New York, respondent. *George J. Conway* and *John J. Bradbury* for Columbia Asphalt Corp., respondent.

*Per Curiam.* Though in terms section 101 of the Municipal Court Code relating to the issuance of a commission on written interrogatories refers to witnesses, it should not be construed so literally as to exclude a party. Section 15 and subdivision 4 of section 27 of the Municipal Court Code forbid such a narrow reading of the section. The plaintiff made out a proper case for the issuance of a commission to take his testimony on interrogatories and the denial of the motion, therefore, was an improvident exercise of discretion.

The order should be reversed, with $10 costs, and motion granted.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Order reversed, etc.